IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-271-WYD-MJW

MIDWEST LIMITED; and
SUNRISE INVESTMENTS,

     Plaintiff(s),

v.

R. WAYNE JEFFERIES;
MFE WEST, INC.;
SCOTT & SHARON WALLACE;
MESA RESOLUTION, LLC;
PAULINE HAAS VAUGHN; and
BRIAN VAUGHN,

     Defendant(s).

## ORDER

A Minute Order entered by Magistrate Judge Michael J. Watanabe on August 30, 2005, states that this matter was settled by the parties on August 29, 2005, and the settlement was approved by Magistrate Judge Watanabe.  Parties were ordered to submit a Joint Stipulated Motion for Dismissal with Prejudice by Monday, September 12, 2005.  No such motion has been submitted to this Court.  The Court, however, did receive a Notice filed on September 1, 2005 by Edward G. Novotny and Etta B. Novotny, trustees of the plaintiff trusts, informing the Court that they had terminated their attorney, Michael W. Baty.  They further stated that Magistrate Judge Watanabe's order of August 29, 2005 should be void because Mr. Baty "joined in a conspiracy" with Magistrate Judge Watanabe.  On September 23, 2005, Defendants filed a Motion to

Compel Compliance with Settlement Agreement.

Upon review of the file, the Court concludes that there is likely a binding settlement agreement in this case.  Plaintiffs have until **Wednesday, October 5, 2005** to respond to Defendant's Motion to Compel Compliance with Settlement Agreement. In the meantime, the Court **DENIES WITHOUT PREJUDICE** Defendants Scott and Sharon Wallace's Motion to Dismiss, or, in the Alternative, For More Definite Statement, filed February 10, 2005; Defendants R. Wayne Jefferies', MFE West, Inc.'s, Pauline Haas Vaughn's and Brian Vaughn's Joinder in Motion to Dismiss, or in the Alternative, for More Definite Statement, filed May 5, 2005; and Defendant Mesa Resolution, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed July 27, 2005.

Dated:  September 27, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge