IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-271-WYD-MJW

MIDWEST LIMITED; and
SUNRISE INVESTMENTS,

    Plaintiffs,

v.

R. WAYNE JEFFERIES;
MFE WEST, INC.;
SCOTT & SHARON WALLACE;
MESA RESOLUTION, LLC;
PAULINE HAAS VAUGHN; and
BRIAN VAUGHN,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Special Emergency Notice to the Court filed November 10, 2005 by Edward G. Novotny and Etta B. Novotny.  This Notice seeks to hold in abeyance all action taken in this case until either the Tenth Circuit or the Congress of the United States has acted.  This Notice was filed after the Court issued an Order on October 20, 2005 that enforced a Settlement Agreement and dismissed the case.

The request in the Special Emergency Notice to the Court to hold in abeyance all action in this case is denied.  This case has been dismissed in accordance with a settlement agreement.  The Tenth Circuit appeal that the Notice references is not an appeal from the Court's order, but is an appeal in a different case.  The Notice does not

cite any authority that would allow the Court to hold the Order of dismissal in abeyance, nor does it provide any ground for vacating or modifying the Court's Order in accordance with Fed. R. Civ. P. 59 or 60.  Accordingly, it is

ORDERED that the request in the Special Emergency Notice to the Court to hold all action in this case in abeyance (docket # 52) is **DENIED**.

Dated:  November 15, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge