IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00271-WYD-MJW

MIDWEST LIMITED and
SUNRISE INVESTMENTS,

     Plaintiffs,

v.

R. WAYNE JEFFERIES,
MFE WEST, INC.,
SCOTT and SHARON WALLACE,
MESA RESOLUTION, LLC, a Colorado limited liability company,
PAULINE HAAS VAUGHN and
BRIAN VAUGHN,

     Defendants.

---

## ORDER OF DISMISSAL
---

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss With Prejudice filed April 10, 2006. The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation to Dismiss With Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs except as ordered in connection with the civil contempt ruling.

Dated: April 18, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge